UNITED STATES STEEL CORPO-
RATION, Plaintiff–Appellant,

and

Arcelormittal USA, LLC, Plaintiff,

and

Nucor Corporation, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Companhia Siderurgica Nacional,
Defendant–Appellee,

and

Nippon Steel & Sumitomo Metal Corpo-
ration (formerly known as Nippon
Steel Corporation and Sumitomo Met-
al Industries, Ltd.), JFE Steel Corpo-
ration, Kobe Steel, Ltd., and Nisshin
Steel Co., Ltd., Defendants–Appellees.

Nos. 2012–1695, 2013–1020.

United States Court of Appeals,
Federal Circuit.

Jan. 15, 2014.

Stephen P. Vaughn, Skadden, Arps,
Slate, Meagher & Flom, LLP, of Washing-
ton, DC, argued for plaintiff-appellant
United States Steel Corporation. With
him on the brief were James C. Hecht,
Robert E. Lighthizer, and Stephen J. Nar-
kin. Of counsel was Jeffrey D. Gerrish.

Maureen E. Thorson, Wiley Rein LLP,
of Washington, DC, argued for plaintiff-
appellant Nucor Corporation. With her on
the brief were Alan H. Price and Timothy
C. Brightbill.

Charles A. St. Charles, Attorney, Office
of the General Counsel, United States In-
ternational Trade Commission, of Wash-
ington, DC, argued for defendant-appellee
United States. With him on the brief
were Dominic L. Bianchi, Acting General
Counsel, and Neal J. Reynolds, Assistant
General Counsel for Litigation. Of coun-
sel was Marc Alan Bernstein.

J. Christopher Wood, Gibson, Dunn &
Crutcher LLP, of Washington, DC, argued
for defendants-appellees Nippon Steel &
Sumitomo Metal Corporation, et al.

Craig A. Lewis and Jonathan T. Stoel,
Hogan Lovells U.S. LLP, of Washington,
DC, for defendant-appellee Companhia
Siderurgica Nacional.

Mark S. McConnell, Deen Kaplan, and
Wesley V. Carrington, Hogan Lovells U.S.
LLP, of Washington, DC, for Amicus Curi-
ae Ford Motor Company.

LOURIE, PROST, and O'MALLEY,
Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and con-
sidered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**